FILED '07 JAN 08 14:40 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAMELA PHELPS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil No. 04-1657-PK <br><br> O R D E R |

Alan Stuart Graf
P. O. Box 98
Summertown, TN 38483

Amy K. Van Horn
315 Puget Street N.E., Apt. 20
Olympia, Washington 98506

Kimberly K. Tucker
Swanson, Thomas & Coon
820 S.W. 2nd Avenue, Suite 200
Portland, Oregon 97204

    Attorneys for Plaintiff

Page 1 - ORDER

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Michael McGaughran
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, M/S 901
Seattle, Washington 98104

       Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on December 20, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#40).

IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED. The case is REMANDED for a finding of disability.

DATED this 5th day of January, 2007.

                          /s/ Garr M. King
                          GARR M. KING
                          United States District Judge