Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAMELA PHELPS,            CV 04-1657-PK

    Plaintiff,

                              ORDER FOR EAJA FEES

    v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

---

    Based on the stipulation of the parties the Court orders the Commissioner to pay Plaintiff, care of Plaintiff's attorney, the sum of $6,079.05 for attorney fees pursuant to the Equal Access to Justice Act.

    DATED this 1st, of Feb, 2007

                                                 United States District Court Judge

ORDER